IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


CYNTHIA ESTELLE BOOKER,           )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )          1:06CV00274
                                  )
WASHINGTON MUTUAL BANK, F.A.,     )
                                  )
     Defendant.                   )


<u>ORDER and JUDGMENT</u>


OSTEEN, District Judge


     For the reasons set forth in the memorandum opinion entered
contemporaneously herewith,

     IT IS ORDERED AND ADJUDGED that Defendant Washington Mutual
Bank, F.A.'s Motion to Dismiss [5] is GRANTED.  Plaintiff's
breach of contract claim and her time-barred Real Estate
Settlement Procedures Act claims brought pursuant to Title 12
U.S.C. §§ 2605 and 2607 are dismissed with prejudice.

     This the 9th day of February 2007.


                              _____
                                   United States District Judge